UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO. 25-6064(JTQ) |
| v. | : | CONSENT ORDER |
| ESTHER KIM | : | |

This matter has been opened to the Court upon the request of Esther Kim, through her attorney, David Schafer, for an Order allowing Kim to travel with her daughter from Philadelphia to Jacksonville, Florida for the Thanksgiving holiday from November 26 to November 29. They will be staying with Kim's cousin who lives there.

Pretrial Services has reviewed Kim's itinerary and has no objection to the aforementioned travel. Assistant United States Attorney Ian Brater also has no objection.

**IT IS HEREBY ORDERED** on this 21st day of November, 2025, that Esther Kim be allowed to travel with her daughter to Jacksonville, Florida for the Thanksgiving holiday from November 26 to November 29.

**IT IS FURTHER ORDERED** that all other terms of the original Order Setting Conditions of Release filed October 27, 2025 remain the same.

HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE